

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES BOWMAN,)
)
  Plaintiff,)
)
v.) Civil Action No. 3:08CV449-HEH
)
GENE JOHNSON, *et al.*,)
)
  Defendants.)

## ORDER
### (Dismissing Claims 3 And 4)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that: Plaintiff's objections are OVERRULED; the Report and Recommendation is ACCEPTED AND ADOPTED; Claims 3 and 4 are dismissed; Ramos, Powell, Barnes, and Johnson are DISMISSED as parties to this action; and Plaintiff's motion for injunctive relief (Docket No. 5) is DENIED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Plaintiff.

It is SO ORDERED.

Date: Feb 2, 2005
Richmond, Virginia

/s/
Henry E. Hudson
United States District Judge